# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Swank, Kimberly A. | US District Court, Eastern District of North Carolina | 8/10/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Magistrate Judge - Part-time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

US Courthouse Annex
215 South Evans Street
Greenville, NC 27858

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Federal Magistrate Judges' Association |
| 2. | Trustee | ███████████ |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swank, Kimberly A. | 8/10/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Vidant Medical Center |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swank, Kimberly A. | 8/10/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. ▓▓▓▓▓▓▓ | Tuition | None |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swank, Kimberly A. | 8/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. State Employees' Credit Union Accounts | A | Int./Div. | K | T | | | | | |
| 2. PNC Bank account | A | Interest | J | T | | | | | |
| 3. Brokerage Acct #1 (IRA) (H) | | | | | | | | | |
| 4. --OSI Oshares US (OUSA) | A | Dividend | J | T | | | | | |
| 5. --Invesco Tr S&P 500 Equal (RSP) | A | Dividend | J | T | Sold<br>(part) | 06/12/19 | J | A | |
| 6. --Ishares Emg Mkt (IEMG) | A | Dividend | | | Sold | 07/09/19 | J | A | |
| 7. --Ishares Min Vol (USMV) | A | Dividend | K | T | Sold<br>(part) | 11/05/19 | J | B | |
| 8. --Ishares US Stk Mkt (ITOT) | A | Dividend | K | T | | | | | |
| 9. --Ishares Sm Cap (IJR) | | None | | | Sold | 03/12/19 | J | A | |
| 10. --Invesco QQQ (QQQ) | A | Dividend | J | T | Sold | 05/08/19 | J | B | |
| 11. | | | | | Buy | 12/10/19 | J | | |
| 12. --SPDR S&P Mid Cap (MDY) | A | Dividend | | | Sold<br>(part) | 01/08/19 | J | | |
| 13. | | | | | Sold | 05/08/19 | J | A | |
| 14. --Wells Fargo Cash Sweep Acct | A | Interest | J | T | | | | | |
| 15. --Wisdomtree Tr Euro H Eq (HEDJ) | A | Dividend | J | T | | | | | |
| 16. --First Tr Sr Loan (FTSL) | A | Dividend | J | T | | | | | |
| 17. --Vanguard Ind S&P 500 (VOO) | A | Dividend | J | T | Buy<br>(add'l) | 09/10/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swank, Kimberly A. | 8/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | --Ishares Edge USA Qual (QUAL) | A | Dividend | | | Sold (part) | 02/05/19 | J | A | |
| 19. | | | | | | Sold | 04/09/19 | J | A | |
| 20. | --Ishares Short Mat (NEAR) | A | Dividend | J | T | Buy | 01/08/19 | J | | |
| 21. | | | | | | Buy (add'l) | 06/12/19 | J | | |
| 22. | --Ishares Floating Rate Bond (FLOT) | A | Dividend | | | Buy | 01/08/19 | J | | |
| 23. | | | | | | Sold | 12/10/19 | J | A | |
| 24. | --SPDR Emerg Mkt (SPEM) | A | Dividend | | | Buy | 02/05/19 | J | | |
| 25. | | | | | | Sold | 09/10/19 | J | | |
| 26. | --SPDR Bloomberg Floating (FLRN) | A | Dividend | J | T | Buy | 02/05/19 | J | | |
| 27. | --JP Morgan Ultra-Short (JPST) | A | Dividend | J | T | Buy | 03/12/19 | J | | |
| 28. | --Invesco Optimum Yld (PDBC) | | None | | | Buy | 04/09/19 | J | | |
| 29. | | | | | | Sold | 06/12/19 | J | | |
| 30. | --Ishares Short Term Corp (IGSB) | A | Dividend | J | T | Buy | 05/08/19 | J | | |
| 31. | --First Tr Low Dur Mtg (LMBS) | A | Dividend | J | T | Buy | 06/12/19 | J | | |
| 32. | --SPDR Gold Tr (GLD) | | None | J | T | Buy | 10/08/19 | J | | |
| 33. | --Ishares Core MSCI Em Mkt (IEMG) | A | Dividend | J | T | Buy | 11/05/19 | J | | |
| 34. | VOYA Index Plus Lg Cap | | None | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swank, Kimberly A. | 8/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Brokerage Acct #2 (H) | | | | | | | | | |
| 36. -- T Rowe Price Blue Chip Growth Fund | B | Dividend | M | T | | | | | |
| 37. --AF EuroPac Gr | B | Dividend | L | T | | | | | |
| 38. --Dodge & Cox Intl | B | Dividend | L | T | | | | | |
| 39. --Fid 500 Index Inst | B | Dividend | L | T | | | | | |
| 40. --PIM Total RT Inst | B | Dividend | K | T | | | | | |
| 41. --Vang Tot Bd Mkt Inst | A | Dividend | K | T | | | | | |
| 42. --DFA US Sm Cap | C | Dividend | M | T | | | | | |
| 43. --Aristotle Val Eq | | None | L | T | | | | | |
| 44. --JPMCB PB 2030 | | None | K | T | | | | | |
| 45. Brokerage Acct #3 (H) | | | | | | | | | |
| 46. --ABT | A | Dividend | K | T | | | | | |
| 47. --D | A | Dividend | J | T | | | | | |
| 48. --Janus Enterprise Fund (JAENX) | A | Distribution | J | T | | | | | |
| 49. | A | Dividend | | | | | | | |
| 50. --Vanguard 500 Index Fund (VFINX) | A | Dividend | K | T | | | | | |
| 51. --Wells Fargo Cash Sweep Acct | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swank, Kimberly A. | 8/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Equitable Variable Life (Cash) | A | Interest | J | T | | | | | |
| 53. NC 529 Plans (H) | | | | | | | | | |
| 54. --Growth Portfolio (Age-Based, Aggressive Track) | | None | M | T | | | | | |
| 55. --Mod Growth Portfolio (Age-Based, Moderate Track) | | None | J | T | | | | | |
| 56. --Vanguard Growth | | None | J | T | | | | | |
| 57. --Vanguard Ttl Stock Mkt | | None | J | T | | | | | |
| 58. Brokerage Acct #4 (H) | | | | | | | | | |
| 59. --Invesco Emg Mkt (PCY) (Y) | | | | | | | | | |
| 60. --Vanguard Intl Eq (VWO) | A | Dividend | J | T | | | | | |
| 61. --Vanguard Int (VCIT) (Y) | | | | | | | | | |
| 62. --Vanguard Ttl Bond (BND) | A | Dividend | J | T | | | | | |
| 63. --Vanguard Ttl Stock (VTI) | A | Dividend | J | T | | | | | |
| 64. --Vanguard FTSE Dev Mkt (VEA) | A | Dividend | J | T | | | | | |
| 65. --Vanguard Mid Cap (VO) | A | Dividend | J | T | | | | | |
| 66. --Vanguard ST Bond (BSV) | A | Dividend | J | T | | | | | |
| 67. --Ishares S&P (IVV) | A | Dividend | J | T | | | | | |
| 68. --SPDR Bloomberg HY (JNK) (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swank, Kimberly A. | 8/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Vanguard Value (VTV) (X) | A | Dividend | J | T | | | | | |
| 70. Brokerage Acct #5 (H) | | | | | | | | | |
| 71. --ABBV | A | Dividend | J | T | | | | | |
| 72. --AFLAC (AFL) | A | Dividend | J | T | | | | | |
| 73. --Air Prods & Chem (APD) | A | Dividend | J | T | | | | | |
| 74. --Altria Grp (MO) | A | Dividend | J | T | | | | | |
| 75. --Am Elec Pwr (AEP) | A | Dividend | J | T | | | | | |
| 76. --Ameriprise (AMP) | A | Dividend | J | T | | | | | |
| 77. --Amgen (AMGN) | A | Dividend | J | T | | | | | |
| 78. --Arthur J Gallagher (AJG) | A | Dividend | J | T | | | | | |
| 79. --AT&T (T) | A | Dividend | J | T | | | | | |
| 80. --Blackrock (BLK) | A | Dividend | J | T | | | | | |
| 81. --Bristol Myers (BMY) (Y) | | | | | | | | | |
| 82. --Chevron (CVX) | A | Dividend | J | T | | | | | |
| 83. --CSCO | A | Dividend | J | T | | | | | |
| 84. --Coca-Cola (KO) | A | Dividend | J | T | | | | | |
| 85. --Crown Castle (CCI) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swank, Kimberly A. | 8/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  --Emerson Elec (EMR) | A | Dividend | J | T | | | | | |
| 87.  --Exxon Mobil (XOM) | A | Dividend | J | T | | | | | |
| 88.  --Ford Motor (F) | A | Dividend | J | T | | | | | |
| 89.  --Gilead Sci (GILD) | A | Dividend | J | T | | | | | |
| 90.  --Home Depot (HD) | A | Dividend | J | T | | | | | |
| 91.  --HP Inc (HPQ) | A | Dividend | J | T | | | | | |
| 92.  --Intel Corp (INTC) | A | Dividend | J | T | | | | | |
| 93.  --Invesco Ltd (IVZ) (Y) | | | | | | | | | |
| 94.  --Johnson & Johnson (JNJ) | A | Dividend | J | T | | | | | |
| 95.  --JP Morgan (JPM) | A | Dividend | J | T | | | | | |
| 96.  --KAR Auction (KAR) | A | Dividend | | | Sold | 04/23/19 | J | A | |
| 97.  --Liberty Prop REIT (LPT) | A | Dividend | J | T | | | | | |
| 98.  --Lockheed Martin (LMT) | A | Dividend | J | T | | | | | |
| 99.  --LyondellBasell (LYB) | A | Dividend | J | T | | | | | |
| 100.  --Merck & Co (MRK) | A | Dividend | J | T | Sold (part) | 01/03/19 | J | A | |
| 101.  --MetLife (MET) | A | Dividend | J | T | | | | | |
| 102.  --MSFT | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swank, Kimberly A. | 8/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  --Occidental Pete (OXY) (Y) | | | | | | | | | |
| 104.  --Pfizer (PFE) | A | Dividend | J | T | | | | | |
| 105.  --Philip Morris (PM) | A | Dividend | J | T | | | | | |
| 106.  --Phillips 66 (PSX) | A | Dividend | J | T | | | | | |
| 107.  --PNC Fin Svcs (PNC) | A | Dividend | J | T | | | | | |
| 108.  --Proctor & Gamble (PG) | A | Dividend | J | T | | | | | |
| 109.  --Prologis (PLD) | A | Dividend | J | T | | | | | |
| 110.  --Prudential Fin (PRU) | A | Dividend | J | T | | | | | |
| 111.  --Schlumberger Ltd (SLB) (Y) | | | | | | | | | |
| 112.  --Thomson Reuters (TRI) | A | Dividend | J | T | | | | | |
| 113.  --US Bancorp (USB) | A | Dividend | J | T | | | | | |
| 114.  --Verizon (VZ) | A | Dividend | J | T | | | | | |
| 115.  --Wal-Mart (WMT) | A | Dividend | J | T | | | | | |
| 116.  --Wells Fargo (WFC) | A | Dividend | J | T | | | | | |
| 117.  --Williams Cos (WMB) (Y) | | | | | | | | | |
| 118.  --Wells Fargo Cash Sweep Acct | A | Interest | J | T | | | | | |
| 119.  --Eli Lilly & Co (LLY) | A | Dividend | | | Sold | 02/20/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swank, Kimberly A. | 8/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. --International Paper Co (IP) (Y) | | | | | | | | | |
| 121. --Mondelez Intl (MDLZ) | A | Dividend | J | T | | | | | |
| 122. --Macy's (M) (Y) | | | | | | | | | |
| 123. --BB&T (BBT) | A | Dividend | | | Sold | 05/17/19 | J | | |
| 124. --Medtronic (MDT) | A | Dividend | J | T | | | | | |
| 125. --Huntington Bancshares (HBAN) | A | Dividend | J | T | | | | | |
| 126. --Ventas Inc (VTR) | A | Dividend | J | T | | | | | |
| 127. --Kinder Morgan (KMI) | A | Dividend | J | T | | | | | |
| 128. --Pepsico (PEP) | A | Dividend | J | T | | | | | |
| 129. --OGE Energy Corp (OGE) | A | Dividend | | | Sold | 03/20/19 | J | A | |
| 130. --CMS Energy Corp (CMS) (X) | A | Dividend | J | T | Sold (part) | 09/19/19 | J | A | |
| 131. --Southern Co (SO) | A | Dividend | J | T | Buy | 01/03/19 | J | | |
| 132. --Keycorp (KEY) | A | Dividend | J | T | Buy | 03/20/19 | J | | |
| 133. --Tapestry Inc (TPR) | A | Dividend | J | T | Buy | 04/23/19 | J | | |
| 134. --Valero (VLO) | A | Dividend | J | T | Buy | 07/10/19 | J | | |
| 135. --Caterpillar (CAT) | A | Dividend | J | T | Buy | 09/19/19 | J | | |
| 136. --Eastman Chem (EMN) | | None | J | T | Buy | 10/25/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swank, Kimberly A. | 8/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  --Bank of America (BAC) (X) | A | Dividend | J | T | | | | | |
| 138.  --Citigroup (C) (X) | | None | J | T | | | | | |

| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swank, Kimberly A. | 8/10/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Swank, Kimberly A. | 8/10/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kimberly A. Swank**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544